UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Jose HERNANDEZ-Chavez,**<br>Defendant | Magistrate Docket No. '08 MJ 1094<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>DEPUTY<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **April 9, 2008** within the Southern District of California, defendant, **Jose HERNANDEZ-Chavez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **APRIL, 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose HERNANDEZ-Chavez**

## PROBABLE CAUSE STATEMENT

On April 9, 2008 Border Patrol Agent S. Stead was performing linewatch duties in the Chula Vista Border Patrol Station area of operations. At approximately 9:50 a.m. Agent Stead responded to a sensor alert in an area commonly known as "North Cal Pine." This area is approximately two miles west of the port of entry at Otay Mesa, California and approximately two miles north of the international border with Mexico.

As Agent Stead arrived in the area he observed an individual later identified as the defendant **Jose HERNANDEZ-Chavez.** Agent Stead approached the defendant and identified himself as a Border Patrol Agent. Agent Stead then queried the defendant as to his immigration status. The defendant admitted to being a citizen of Mexico illegally present in the United States. Agent Stead placed the defendant under arrest and had him transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **January 18, 2008** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.